No. 97–5968. ZAIDI v. NORTHERN VIRGINIA HOSPITAL CORP. ET AL. Sup. Ct. Va. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until December 8, 1997, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 97–523. IN RE FLEMING; and
No. 97–6114. IN RE HOFMANN. Petitions for writs of mandamus denied.

No. 96–9439. ELISONDO v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 97–236. TUSA ET AL. v. UNITED STATES; and
No. 97–5469. SALVATORE v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 110 F. 3d 1131.

No. 97–276. SOUTH DAKOTA ET AL. v. UNITED STATES, ON BEHALF OF THE CHEYENNE RIVER SIOUX TRIBE AND ITS MEMBERS, ET AL. C. A. 8th Cir. Certiorari denied.

No. 97–285. BUSTER ET AL. v. GREISEN ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–293. CORN v. CITY OF LAUDERDALE LAKES ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–444. CARGILL COMMUNICATIONS, INC. v. MINERS. C. A. 8th Cir. Certiorari denied.

No. 97–450. HILL v. J. J. B. HILLIARD, W. L. LYONS, INC., ET AL.; and
No. 97–459. BRAB v. HILL. Ct. App. Ky. Certiorari denied. Reported below: 945 S. W. 2d 948.

No. 97–479. STROH DIE CASTING CO. v. ATLANTIC STATES LEGAL FOUNDATION, INC. C. A. 7th Cir. Certiorari denied.

No. 97–488. SCHIRM v. UNION PACIFIC RAILROAD CO. C. A. 8th Cir. Certiorari denied.